FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

2006 AUG 17  A 11: 33

CLERK, US DISTRICT COURT
                    FLORIDA

UNITED STATES OF AMERICA

v.  Case No. 3:00-cr-220-J-20HTS

ANTHONY L. NAPIER
_____/

## SUPERVISED RELEASE REVOCATION
and
## JUDGMENT AND COMMITMENT

On August 17, 2006, Dale R. Campion, Assistant United States Attorney, and the Defendant, ANTHONY L. NAPIER, appeared in person and with his counsel, James A. Hernandez, for a hearing on the Petition for Warrant or Summons for Offender Under Supervised Release (Doc. No. 106, filed May 16, 2006).

The Defendant, having heretofore been convicted on March 30, 2001, in Case No. 3:00-cr-220-J-20HTS, of offense charged, to wit: Bank Robbery, in violation of Title 18 U.S.C. 2113(a) and (d) and 2, as charged in Count Two of the Indictment; and was sentenced to be imprisoned for a term of 63 months; and was placed on supervised release for a term of four (4) years;

And now the Probation Office of this Court reporting to the Court, and the Court finding that the Defendant violated the terms of said supervised release, all of which being considered,

**IT IS ORDERED:**

1. The Petition for Warrant or Summons for Offender Under Supervised Release (Doc. No. 106, filed May 16, 2006) is **GRANTED**, and the term of supervised release is revoked.

2. The Defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a period of **24 months**.

3. The Defendant is remanded to the custody of the United States Marshal to await designation of institution.

**DONE AND ORDERED** at Jacksonville, Florida, this 17* day of August, 2006.

HARVEY E. SCHLESINGER
United States District Judge

Copies to:
Dale R. Campion, Esq.
James A. Hernandez, Esq.
United States Marshal (4)
U. S. Probation Office